## Richard DRIGGERS v. UNITED STATES of America.
### No. 99.

Circuit Court of Appeals, Tenth Circuit.
June 2, 1930.

Ray & Thomas, of Lawton, Okl., for appellant.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, COTTERAL, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 2, 1930, on motion of appellee.